UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 12CR4259-GPC |
| | ) | |
| Plaintiff, | ) | JUDGEMENT AND ORDER OF DISMISSAL |
| | ) | OF ROSA MARIA ROMERO |
| v. | ) | |
| | ) | |
| ROSA MARIA ROMERO, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the criminal complaint in Case No. 12CR4259-GPC against defendant Rosa Maria Romero be dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 31, 2013

_____
HON. GONZALO P. CURIEL
United States District Judge