```
 1  LAURA E. DUFFY
    United States Attorney
 2  STEPHEN H. WONG
    Assistant U.S. Attorney
 3  California State Bar No. 212485
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-9464

 6  Attorneys for Plaintiff
    United States of America
 7
                     UNITED STATES DISTRICT COURT
 8
                    SOUTHERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA    )  Case No. 12CR4259-GPC
10                              )
                  Plaintiff,    )  AMENDED JUDGMENT AND ORDER OF
11                              )  DISMISSAL OF ROSA MARIA ROMERO
         v.                     )
12                              )
    ROSA MARIA ROMERO,          )
13                              )
                  Defendant.    )
14  _____)

15

16       Upon motion of the UNITED STATES OF AMERICA and good cause

17  appearing,

18       IT IS HEREBY ORDERED that the indictment in Case No. 12CR4259-GPC

19  against defendant Rosa Maria Romero be dismissed without prejudice.

20       IT IS SO ORDERED.

21  DATED:  February 1, 2013

22                                  _____
                                    HON. GONZALO P. CURIEL
23                                  United States District Judge

24

25

26

27

28
```